2025R00066/AET

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**FILED**

AUG 2 1 2025

AT 8:30 ~~~~ 2:21 PM
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 25- |
| KHALIF IRVING | : | 18 U.S.C. § 922(g)(1) |
| | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | : | 18 U.S.C. § 924(c)(1)(A)(i) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Possession of a Firearm and Ammunition by a Convicted Felon)

On or about January 23, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**KHALIF IRVING,
a/k/a "Kah Kah,"**

knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Smith & Wesson 9mm handgun, bearing serial number FYX3789, and ammunition, namely, nine rounds of 9mm ammunition, and the firearm and ammunition were in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
(Possession with Intent to Distribute Fentanyl and Cocaine)

On or about January 23, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**KHALIF IRVING,
a/k/a "Kah Kah,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 23, 2025, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**KHALIF IRVING,
a/k/a "Kah Kah,"**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, possession with intent to distribute fentanyl and cocaine, as charged in Count Two of this Indictment, did knowingly possess a firearm, namely, a Smith & Wesson 9mm handgun, bearing serial number FYX3789, loaded with nine rounds of 9mm ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE ALLEGATION ONE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) charged in Count One of this Indictment or the offense in violation of Title 18, United States Code, Section 924(c)(1)(A)(i) charged in Count Three of this Indictment, the defendant,

**KHALIF IRVING,**
**a/k/a "Kah Kah,"**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses, including, but not limited to, the following:

a. One Smith & Wesson 9mm handgun, bearing serial number FYX3789; and

b. Nine rounds of 9mm ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) charged in Count Two of this Indictment, the defendant,

**KHALIF IRVING,**
**a/k/a "Kah Kah,"**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offense charged in Count Two of this Indictment.

## SUBSTITUTE ASSETS PROVISION
### (Applicable to All Forfeiture Counts)

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL

[signature redacted]

FOREPERSON

TODD W. BLANCHE
U.S. Deputy Attorney General

*Alina Habba*

ALINA HABBA
Acting United States Attorney
Special Attorney

6

CASE NUMBER: 25-

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

KHALIF IRVING,
a/k/a "Kah Kah"

## INDICTMENT FOR

18 U.S.C. § 922(g)(1)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)



Foreperson

TODD W. BLANCHE
U.S. DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

ALISON THOMPSON
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2903